UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDA L. VIVEIROS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF VANCOUVER; VANCOUVER POLICE DEPARTMENT; CLARK COUNTY; CLARK COUNTY JAIL,<br><br>　　　　　Defendants. | Case No. 3:23-cv-05073-TMC<br><br>ORDER APPOINTING COUNSEL |

　　　　Having granted in part Plaintiff Linda Viveiros's motion to appoint counsel, Dkt. 31, the Court APPOINTS Dailey Koga, Lane Powell PC, 1420 Fifth Avenue, Seattle, WA 98101, (206) 223-7073, kogad@lanepowell.com, as counsel for Ms. Viveiros pursuant to the Plan of the United States District Court for the Western District of Washington for the Representation of *Pro Se* Litigants in Civil Rights Actions. *See* General Order No. 16-20 (Dec. 8, 2020), https://www.wawd.uscourts.gov/sites/wawd/files/GO16-20AmendedProBonoPlan.pdf. The Court appoints counsel for Ms. Viveiros for the limited purpose of conducting alternative dispute resolution (ADR).

ORDER APPOINTING COUNSEL - 1

Counsel for Ms. Viveiros is DIRECTED to file a notice of appearance within seven (7) days. If counsel is unable to assume this representation for a reason set forth in General Order 16-20, a motion for relief from appointment should be immediately filed with the assigned judge. Within fourteen (14) days of counsel's notice of appearance, counsel for the parties shall confer and file a joint status report setting forth their proposal for engaging in alternative dispute resolution under Local Civil Rule 39.1. The stay in this matter (Dkt. 29) remains in place pending the completion of ADR.

The Clerk is DIRECTED to send a copy of this Order to counsel for Ms. Viveiros.

Dated this 11th day of July, 2024.

Tiffany M. Cartwright
United States District Judge